No. 88–6119.  MOTEN *v.* JOHNSON ET AL.  C. A. 4th Cir. Certiorari denied.

No. 88–6123.  CASTANEDA *v.* UNITED STATES.  C. A. 5th Cir. Certiorari denied.

No. 88–6124.  JONES *v.* ZIMMERMAN, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT GRATERFORD, PENNSYLVANIA, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 88–6125.  TROTZ *v.* SUPREME COURT OF THE UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 88–6130.  MURRIETTA *v.* UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 88–6132.  SEMENCHUK *v.* MORRIS, SUPERINTENDENT, SOUTHERN OHIO CORRECTIONAL FACILITY.  C. A. 6th Cir.  Certiorari denied.

No. 88–6134.  DAY *v.* UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 88–6137.  SWENSON *v.* MARSH, SECRETARY OF THE ARMY. C. A. D. C. Cir.  Certiorari denied.

No. 88–6139.  HARRIS *v.* WARDEN, MARYLAND HOUSE OF CORRECTIONS.  C. A. 4th Cir.  Certiorari denied.

No. 88–6143.  GRAY *v.* TEXAS.  Ct. App. Tex., 6th Dist.  Certiorari denied.

No. 88–6144.  EVANS *v.* PENNSYLVANIA.  Super. Ct. Pa. Certiorari denied.

No. 88–6145.  MARTIN *v.* SHANK ET AL.  C. A. D. C. Cir. Certiorari denied.

No. 88–6146.  DIAMOND *v.* DISCIPLINARY COUNSEL ET AL. Sup. Ct. Pa.  Certiorari denied.

No. 88–6147.  STOGNER *v.* PICKETT ET AL.  C. A. 10th Cir. Certiorari denied.

No. 88–6149.  CHILDS *v.* WISCONSIN.  Ct. App. Wis.  Certiorari denied.